Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:10-cv-02104-LJO-GSA |
|---|---|
| Plaintiff, | |
| vs. | ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE |
| ALVARO L. LUPIAN, et al. | |
| Defendants. | |

**TO THE HONORABLE GARY S. AUSTIN, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Initial Scheduling Conference in this action, presently set for Thursday, February 17, 2011 at 9:00 A.M. This request will be, and is, necessitated by the fact that defendant Alvaro L. Lupian a/k/a Alvaro L. Lua, individually and d/b/a El Progresso 4 Bar is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants. As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Thursday, February 17, 2011 at 9:00 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: February 9, 2011          /s/ Thomas P. Riley
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J Sports Productions, Inc.

## ORDER

It is hereby ordered that the Initial Scheduling Conference of February 17, 2011, in civil action number 1:10-cv-02104-LJO-GSA styled *J & J Sports Productions, Inc. v. Alvaro L. Lupian, et al.*, is hereby vacated.

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**Plaintiff shall also file the motion for default judgment no later than sixty (60) days from today's date.**

IT IS SO ORDERED.

Dated:   **February 9, 2011**                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE SCHEDULING CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:10-cv-02104-LJO-GSA
PAGE 2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28